IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**KRISTEN WHORTON**
**and JEFFERY WILKEY**                                                                     **PLAINTIFFS**

v.                              Case No. 4:21-cv-00795 KGB

**GROVE C-STORE, LLC, VENKATA**
**KIRAN KUMAR MELAPU, and**
**SRAVANTHI JOGINIPELLI**                                                                 **DEFENDANTS**

## ORDER

Before the Court is the status of this case. By prior Order, this Court relieved Dylan Potts and Danielle Owens of Gill Ragon Owen, P.A. as counsel of record for defendants Grove C-Store LLC, Venkata Kiran Kumar Melapu, and Sravanthi Joginipelli; directed separate defendant Grove C-Store LLC to obtain counsel and for that counsel to enter an appearance in this action by February 6, 2023; allowed separate defendants Mr. Melapu and Ms. Joginpelli until February 6, 2023, to notify the Court by written filing as to whether they have obtained new counsel or intend to proceed *pro se*; and stayed this matter until February 6, 2023 (Dkt. No. 15). Then, by subsequent Order, the Court observed that none of the parties filed status reports pursuant to the prior Order (*see* Dkt. No. 15), and the Court directed the parties, either jointly or separately, to file by February 21, 2023, the status reports (Dkt. No. 20).

Plaintiffs Kristen Whorton and Jeffery Wilkey filed a status report informing the Court that they have attempted to contact defendants directly without success, and they have not been contacted by anyone purporting to represent defendants (Dkt. No. 21, ¶ 6). Plaintiffs further state that they intend to proceed with default proceedings on unrepresented defendants absent further guidance from the Court (*Id.*, ¶ 7).

To date, defendants have not filed the requested status reports or otherwise complied with this Court's prior Orders. The Court again observes that: (1) separate defendant Grove C-Store LLC is a business entity without legal representation; and (2) separate defendants Mr. Melapu and Ms. Joginpelli are appearing *pro se*.

Given these circumstances, the Court hereby lifts the stay in this case. The Court will set a new trial date and enter an Amended Final Scheduling Order.

It is so ordered this 27th day of April, 2023.

*[signature: Kristine G. Baker]*

Kristine G. Baker
United States District Judge