IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**KRISTEN WHORTON and JEFFERY WILKEY**                                     **PLAINTIFFS**

vs.                                                  No. 4:21-cv-795-KGB

**GROVE C-STORE LLC, VENKATA KIRAN**                                       **DEFENDANTS**
**KUMAR MELAPU and SRAVANTHI JOGINIPELLI**

## MOTION FOR CLERK'S ENTRY OF DEFAULT

Plaintiffs Kristen Whorton and Jeffery Wilkey ("Plaintiffs"), by and through their undersigned counsel, for their Motion for Clerk's Entry of Default for Defendants Grove C-Store LLC, Venkata Kiran Kumar Melapu, and Sravanthi Joginipelli ("Defendants"), they do hereby state and allege as follows:

1. The parties filed their Joint Notice of Settlement on November 11, 2022. *See* ECF No. 12.

2. The same day, the Court issued its Order staying all pending deadlines in anticipation of settlement. *See* ECF No. 13.

3. The parties filed a subsequent Joint Status Report on December 14, 2022 in which the parties requested additional time to finalize the settlement. *See* ECF No. 14.

4. The Court granted this request on December 15, 2022. *See* ECF No. 15.

5. Defendants' attorneys requested to withdraw from representation on January 1, 2023. *See* ECF No. 16.

Page 1 of 4
**Kristen Whorton et al. v. Grove C-Store LLC, et al.**
**U.S.D.C. (E.D. Ark.) Case No. 4:21-cv-795-KGB**
Motion for Clerk's Entry of Default

6. The Court granted the motion and directed the Defendant Grove C-Store LLC to obtain new counsel within thirty days of the order dated January 6, 2023. *See* ECF. No. 19.

7. The Court ordered the individual Defendants to notify the Court within thirty days of the Order of new representation or of their intention to proceed *pro se*. *See* ECF No. 19.

8. Upon the expiration of the thirty day deadline, the Court issued an Order stating that Grove C-Store LLC had not obtained legal representation and that the individual Defendants were presumed to continue *pro se*. *See* ECF No. 20.

9. On February 21, 2023, Plaintiffs filed a Status Report in which Plaintiffs informed the Court that they have attempted to contact Defendants "directly without success" and that no counsel has contacted Plaintiffs purporting to represent Defendants. *See* ECF No. 21.

10. Plaintiffs informed the Court that it intended to proceed with default proceedings on the unrepresented Defendants. *Id*.

11. On April 27, this Court entered an Order lifting the stay in this case. *See* ECF No. 22. On June 27, the Court entered an Order setting trial for November 27. See ECF No. 23.

12. Defendant Grove C-Store LLC, as an unrepresented business entity, is subject to default.

13. Plaintiffs have not granted any extensions to the individual Defendants.

14. While counsel for Plaintiffs was able to contact individual Defendant Joginipelli regarding the settlement in principle reached in this matter following the Status

Page 2 of 4
Kristen Whorton et al. v. Grove C-Store LLC, et al.
U.S.D.C. (E.D. Ark.) Case No. 4:21-cv-795-KGB
Motion for Clerk's Entry of Default

Report, Plaintiffs' counsel has received no communication back from him in the past month despite repeated attempts to reestablish communication via phone call, text, and email.

15. Defendants are in default, and the Clerk should enter default as mandated by Rule 55(a).

WHEREFORE, premises considered, Plaintiffs Kristen Whorton and Jeffery Wilkey respectfully request that the Clerk enter the default of Defendants Grove C-Store LLC, Venkata Kiran Kumar Melapu, and Sravanthi Joginipelli, for attorney's fees and costs incurred herein, and for all other good and proper relief to which they may be entitled, whether or not specifically requested herein.

Respectfully submitted,

**KRISTON WHORTON and JEFFERY WILKEY, PLAINTIFFS**

SANFORD LAW FIRM, PLLC
Kirkpatrick Plaza
10800 Financial Centre Pkwy, Suite 510
Little Rock, Arkansas 72211
Telephone: (800) 615-4946
Facsimile: (888) 787-2040

Daniel Ford
Ark. Bar No. 2014162
daniel@sanfordlawfirm.com

Josh Sanford
Ark. Bar No. 2020086
josh@sanfordlawfirm.com

Page 3 of 4
Kristen Whorton et al. v. Grove C-Store LLC, et al.
U.S.D.C. (E.D. Ark.) Case No. 4:21-cv-795-KGB
Motion for Clerk's Entry of Default

## **CERTIFICATE OF SERVICE**

I hereby certify that on August 11, 2023, a copy of the foregoing MOTION has been mailed to Defendants:

Grove C-Store LLC
c/o Venkata Kiran Kumar Melapu
2905 Highway 229
Haskell, Arkansas 72015

Sravanthi Joginipelli
1101 Hunter Lee Drive
Bryant, Arkansas 72202

               */s/ Daniel Ford*
               **Daniel Ford**

**Page 4 of 4**
**Kristen Whorton et al. v. Grove C-Store LLC, et al.**
**U.S.D.C. (E.D. Ark.) Case No. 4:21-cv-795-KGB**
**Motion for Clerk's Entry of Default**