IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**KRISTEN WHORTON and JEFFERY WILKEY**                                **PLAINTIFFS**

vs.                                No. 4:21-cv-795-KGB

**GROVE C-STORE LLC, VENKATA KIRAN**                                **DEFENDANTS**
**KUMAR MELAPU and SRAVANTHI JOGINIPELLI**

## DECLARATION OF ATTORNEY JOSH SANFORD

Attorney Josh Sanford hereby states on oath as follows:

1. I am over the age of 18 and legally qualified to execute this Declaration.

2. I am licensed to practice law in all courts in the State of Arkansas, including this one.

3. I am an attorney for Plaintiffs Kristen Whorton and Jeffery Wilkey.

4. As of the filing of Plaintiff's Motion for Clerk's Entry of Default, I have received no communications from counsel representing Grove C-Store LLC nor communications from Venkata Kiran Kumar Melapu either individually or through counsel.

5. Attorneys with our office were able to reach Separate Defendant Sravanthi Joginipelli earlier this year via phone call, but no communications have been received from M. Joginipelli for over a month.

6. No progress as to finalizing the Parties' settlement previous in principle has been made.

7. I have granted no extension of any kind to the Defendants.

**Pursuant to 28 U.S.C. § 1746, I verify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.**

Dated: August 11, 2023

                                                  */s/ Josh Sanford*
                                                  **JOSH SANFORD**