IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**KRISTEN WHORTON and JEFFERY WILKEY**           **PLAINTIFFS**

vs.           No. 4:21-cv-795-KGB

**GROVE C-STORE LLC, VENKATA KIRAN**           **DEFENDANTS**
**KUMAR MELAPU and SRAVANTHI JOGINIPELLI**

## PLAINTIFFS' STATUS REPORT

Plaintiffs provide this Status Report pursuant to this Court's Order, ECF No. 23:

1. On June 27, 2023, the Court issued its Final Scheduling Order in this matter. (ECF No. 23).

2. This Order directed the Parties to submit a Status Report on or before September 28, 2023.

3. The parties have engaged in formal and informal discovery.

4. The parties have not engaged in or scheduled a mediation, and have not yet engaged in meaningful discussions regarding settlement since the originally reached settlement in principle.

5. Plaintiffs believe that the prospects of further discussion regarding finalizing settlement are slim, as Defendants seem to have disengaged themselves from the case. Plaintiffs have attempted to contact Defendants directly without success, and have not been contacted by anyone purporting to represent Defendants.

6. Plaintiffs anticipate that a jury trial will take approximately 1 day, if not less given the Plaintiffs' current default proceedings.

Respectfully submitted,

**KRISTEN WHORTON and**
**JEFFERY WILKEY, PLAINTIFFS**

SANFORD LAW FIRM, PLLC
Kirkpatrick Plaza
10800 Financial Centre Pkwy, Suite 510
Little Rock, Arkansas 72211
Telephone: (800) 615-4946
Facsimile: (888) 787-2040

Daniel Ford
Ark. Bar No. 2014162
daniel@sanfordlawfirm.com

Josh Sanford
Ark. Bar No. 2001037
josh@sanfordlawfirm.com