# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

| | |
|---|---|
| **KRISTEN WHORTON** and **JEFFERY WILKEY** | **PLAINTIFFS** |
| v. | Case No. 4:21-cv-00795-KGB |
| **GROVE C-STORE, LLC, VENKATA KIRAN KUMAR MELAPU,** and **SRAVANTHI JOGINIPELLI** | **DEFENDANTS** |

## ORDER

Before the Court is attorney Daniel Ford's motion to withdraw as counsel for plaintiffs Kristen Whorton and Jeffery Wilkey (Dkt. No. 28). Mr. Ford represents that he has resigned as a full-time member of the Sanford Law Firm, PLLC, effective October 6, 2023 (*Id*., ¶ 1). Mr. Ford further represents that Josh Sanford and any other attorneys of the Sanford Law Firm, PLLC, who have entered an appearance herein will remain counsel for all plaintiffs in this matter (*Id*., ¶ 2). For good cause shown, the Court grants the motion and relieves Mr. Ford as counsel for plaintiffs in this matter.

It is so ordered this 10th day of October, 2023.

*[signature: Kristine G. Baker]*

Kristine G. Baker
United States District Judge