IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**KRISTEN WHORTON and JEFFERY WILKEY**                                    **PLAINTIFFS**

vs.                                      No. 4:21-cv-795-KGB

**GROVE C-STORE LLC, VENKATA KIRAN**                              **DEFENDANTS**
**KUMAR MELAPU and SRAVANTHI JOGINIPELLI**

**PLAINTIFFS' MOTION TO REMOVE CASE FROM**
**TRIAL CALENDAR AND STAY PROCEEDINGS**
**PENDING ENTRY OF DEFAULT**

Plaintiffs Kristen Whorton and Jeffery Wilkey, by and through the undersigned counsel, hereby submit the following for their Motion to Remove Case from Trial Calendar and Stay Proceedings Pending Entry of Default:

1.   On June 27, 2023, the Court issued its Final Scheduling Order in this matter. (ECF No. 23).

2.   Plaintiffs filed a Renewed Motion for Clerk's Entry of Default on August 23, 2023, requesting the Clerk enter the default of Defendants Grove C-Store, LLC, Venkata Kiran Kumar Melapu, and Sravanthi Joginipelli. (ECF No 26).

3.   The Court acknowledged Plaintiffs' Motion for Clerks Entry of Default on October 10, 2023, referring the motion for entry of default to the Clerk of Court for consideration. (ECF No. 30).

4.   As of this filing, the Clerk of Court has not yet entered or denied said entry of default.

5.   Trial for this matter is currently scheduled for the week of November 27,

Page 1 of 2
Kristen Whorton, et al. v. Grove C-Store LLC, et al.
U.S.D.C. (E.D. Ark.) No. 4:21-cv-795-KGB
Plaintiffs' Motion to Remove Case from the Trial Calendar and
Stay Proceedings Pending Entry of Default

2023. (ECF No. 23).

6. Because Plaintiffs Motion is still spending with the Clerk of Court, Plaintiffs request the trial be removed from the trial calendar.

7. Accordingly, Plaintiffs request a stay of the case pending the result of Plaintiffs' Motion for Entry of Default.

8. This stay is sought in good faith and not for the purpose of delay.

WHEREFORE, premises considered, Plaintiffs pray this Court grant their Motion to remove case from the trial calendar and stay proceedings, pending the result of Plaintiffs Motion for Entry of Default.

    Respectfully submitted,

**KRISTEN WHORTON and**
**JEFFERY WILKEY, PLAINTIFFS**

SANFORD LAW FIRM, PLLC
Kirkpatrick Plaza
10800 Financial Centre Pkwy, Suite 510
Little Rock, Arkansas 72211
Telephone: (800) 615-4946
Facsimile: (888) 787-2040

Josh Sanford
Ark. Bar No. 2001037
josh@sanfordlawfirm.com

Page 2 of 2
Kristen Whorton, et al. v. Grove C-Store LLC, et al.
U.S.D.C. (E.D. Ark.) No. 4:21-cv-795-KGB
Plaintiffs' Motion to Remove Case from the Trial Calendar and
Stay Proceedings Pending Entry of Default