IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**KRISTEN WHORTON**
**and JEFFERY WILKEY**                                                          **PLAINTIFFS**

**v.**                       **Case No. 4:21-cv-00795 KGB**

**GROVE C-STORE, LLC, VENKATA**
**KIRAN KUMAR MELAPU, and**
**SRAVANTHI JOGINIPELLI**                                                       **DEFENDANTS**

## ORDER

Before the Court is plaintiffs Kristen Whorton and Jeffery Wilkey's motion to remove case from trial calendar and stay proceedings pending entry of default (Dkt. No. 31). On October 10, 2023, the Court referred to the Clerk of Court plaintiffs' prior motion for entry of default against defendants Grove C-Store, LLC, Venkata Kiran Kumar Melapu, and Sravanthi Joginipelli (Dkt. No. 30). Plaintiffs represent that the Clerk of Court has not yet entered or denied default (Dkt. No. 31, ¶ 4). The Court's Final Scheduling Order set this case for trial the week of November 27, 2023 (*Id.*, ¶ 5). Plaintiffs request that the trial be removed from the trial calendar and that the Court stay this case pending a ruling on the motion for entry of default, which motion is still pending with the Clerk of Court (*Id.*, ¶¶ 6, 7).

For good cause shown, the Court grants plaintiffs' motion, removes this case from the trial calendar for the week of November 27, 2023, and stays the case pending a ruling by the Clerk of Court on plaintiffs' motion for entry of default (*Id.*). The Court notes that, in the event the Clerk of Court enters a default, the party seeking default must make a subsequent motion for entry of default judgment with the Court under Rule 55(b)(2).

It is so ordered this 21st day of November, 2023.

_____
Kristine G. Baker
United States District Judge