## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## CENTRAL DIVISION

**KRISTEN WHORTON, et al.**                                    **PLAINTIFFS**

**VS.**          **CASE NO.   4:21-CV-00795-KGB**

**GROVE C-STORE LLC, et al.**                                 **DEFENDANTS**

### CLERK'S DEFAULT

The Defendant(s) named below were served on 1/9/2023 with #19 Order requiring a response by 2/6/2023 and served on 2/9/2023 with #20 Order requiring a response within 10 days from that date.  No answer or other responsive pleading has been filed.

Pursuant to Rule 55 (a) of the Federal Rules of Civil Procedure, DEFAULT is entered against each of the following named defendant(s):

   The defendant(s):          Grove C-Store LLC
                              2905 Highway 229
                              Haskell, AR 72105

                              Venkata Kiran Kumar Melapu
                              1101 Hunter Lee Drive
                              Bryant, AR 72202

                              Sravanthi Joginipelli
                              1101 Hunter Lee Drive
                              Bryant, AR 72202

IT IS SO ORDERED THIS 9th day of May, 2024.

                              TAMMY H. DOWNS, CLERK


                              By:   C. Newton
                                    _____
                                    Deputy Clerk