# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## CENTRAL DIVISION

| | |
|---|---|
| KRISTEN WHORTON and JEFFERY WILKEY | PLAINTIFFS |
| v. Case No. 4:21-cv-00795 KGB | |
| GROVE C-STORE, LLC, VENKATA KIRAN KUMAR MELAPU, and SRAVANTHI JOGINIPELLI | DEFENDANTS |

## ORDER

Before the Court is the status of the case. The Court notes that the Clerk of Court has entered a default in this case pursuant to Federal Rule of Civil Procedure 55(a) (Dkt. No. 33). The Court lifts the stay placed on this case pending the Clerk of Court's decision on the entry of default (Dkt. No. 32). The Court directs the plaintiffs to apply for a default judgment pursuant to Federal Rule of Civil Procedure 55(b) or file a status report within 21 days of the entry of this Order.

It is so ordered this 16th day of August, 2024.

_____
Kristine G. Baker
Chief United States District Judge