IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**KRISTEN WHORTON and JEFFERY WILKEY**                                **PLAINTIFFS**

vs.                                         No. 4:21-cv-795-KGB

**GROVE C-STORE LLC, VENKATA KIRAN                                    DEFENDANTS
KUMAR MELAPU and SRAVANTHI JOGINIPELLI**

## **PLAINTIFFS' STATUS REPORT**

Plaintiffs Kristen Whorton and Jeffery Wilkey, by and through the undersigned counsel, hereby submit the following Status Report, in accordance with the Court's Order entered on August 16, 2024 *(Doc. No. 34)*:

1. Defendants have still not fulfilled the monetary terms of the settlement that was reached in principle when the parties filed their Joint Notice of Settlement *(Doc. No. 12)*.

2. Defendants have made no attempts to contact Plaintiffs' counsel since tendering of $500.00 check with the For line one of 16 on December 15, 2023.

3. Plaintiffs have not heard from Defendants this year and have no reason to believe Defendants intend to fulfill the monetary terms of the settlement, the balance of which remains at $7,500.00.

4. Plaintiffs believe default judgment remains appropriate and are in the process of finalizing those documents but require additional time.

5. Plaintiffs respectfully request an additional 30 days to apply for default judgment such that they have until October 7, 2024, to apply.

Respectfully submitted,

**KRISTEN WHORTON and
JEFFERY WILKEY, PLAINTIFFS**

SANFORD LAW FIRM, PLLC
Kirkpatrick Plaza
10800 Financial Centre Pkwy, Suite 510
Little Rock, Arkansas 72211
Telephone: (800) 615-4946
Facsimile: (888) 787-2040

Josh Sanford
Ark. Bar No. 2001037
josh@sanfordlawfirm.com