**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

| | |
|---|---|
| **KRISTEN WHORTON** and **JEFFERY WILKEY** | **PLAINTIFFS** |
| v. Case No. 4:21-cv-00795 KGB | |
| **GROVE C-STORE, LLC, VENKATA KIRAN KUMAR MELAPU,** and **SRAVANTHI JOGINIPELLI** | **DEFENDANTS** |

**ORDER**

Before this Court is plaintiffs Kristen Whorton and Jeffery Wilkey's status report (Dkt. No. 35). On August 16, 2024, the Court lifted the stay placed on this case pending the Clerk of Court's decision on the entry of default and directed plaintiffs to apply for a default judgment or file a status report within 21 days of the entry of the Order (Dkt. No. 34). Plaintiffs represent that they believe default judgment remains appropriate, but they require additional time to finalize the documents (Dkt. No. 35, ¶ 4). Plaintiffs request an additional 30 days to apply for default judgment (*Id.*, ¶ 5).

For good cause shown, the Court grants plaintiff's request and gives plaintiffs until October 10, 2024, to apply for default judgment.

It is so ordered this 11th day of September, 2024.

_____
Kristine G. Baker
Chief United States District Judge