IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**KRISTEN WHORTON and JEFFERY WILKEY**                    **PLAINTIFFS**

vs.                                    No. 4:21-cv-795-KGB

**GROVE C-STORE, LLC, VENKATA**                          **DEFENDANTS**
**KIRAN KUMAR MELAPU and**
**SRAVANTHI JOGINIPELLI**

## MOTION FOR DEFAULT JUDGMENT FOR SUM CERTAIN

Plaintiffs Kristen Whorton and Jeffery Wilkey ("Plaintiffs"), individually and on behalf of all others similarly situated, by and through their attorneys of Sanford Law Firm, PLLC, and for their Motion for Default Judgment for Sum Certain ("Motion"), does hereby state and allege as follows:

1.      Plaintiffs filed their Original Complaint on September 7, 2021, against Defendants Grove C-Store, LLC, Venkata Kiran Kumar Melapu and Sravanthi Joginipelle (collectively "Defendants"). ECF No. 1. Defendants, through representation, filed their Answer on October 18, 2021. ECF No. 6.

2.      The parties reached a settlement in November of 2022 in which Defendants agreed to pay a total of $8,000.00 dispersed as follows: Defendants agreed to pay Plaintiff Whorton $2,500.00 and Plaintiff Wilkey $1,500.00 to settle all FLSA claims and agreed to pay the Sanford Law Firm $4,000.00 to settle fees and costs of the litigation. These payments were to be made in multiple installments. *See* Decl. of Josh Sanford ("Decl. Sanford"), attached as Ex. 1. In exchange, Plaintiffs agreed to dismiss this case with prejudice and release Defendants from all future claims. *Id*.

Page 1 of 3
Kristen Whorton, et al. v. Grove C-Store, LLC, et al.
U.S.D.C. (E.D. Ark.) Case No. 4:21-cv-795-KGB
Motion for Default Judgment for Sum Certain

3.      Defendants did not return a signed Settlement Agreement to Plaintiffs' counsel, but on December 15, 2023, Defendants executed and delivered a check to the Sanford Law Firm in the amount of $500.00, indicating Defendants' acceptance of the Settlement Agreement and an intention to honor the terms. *See* Decl. Sanford. The memo line on the check was labeled as "Payment one of 16." *Id*.

4.      On January 6, 2023, Defendants' counsel withdrew from the case and the Court directed Defendants to obtain counsel. ECF No. 19.

5.      When Defendants failed to notify the Court regarding the acquisition of new counsel by the deadline prescribed, the Court entered an Order observing that "defendant Grove C-Store, LLC, is a business entity without legal representation," and "separate defendants Mr. Melapu and Ms. Joginpelle are appearing *pro se*." Order, ECF No. 20.

6.      Plaintiffs' subsequent attempts to contact Defendants were unsuccessful, and Plaintiffs pursued a Clerk's Entry of Default, which was entered on May 9, 2024. ECF No. 33.

7.      The Court directed Plaintiffs to move for default judgment on the terms of the Settlement Agreement. Accordingly, Plaintiffs request judgment against Defendants in the amount of $7,500.00, which is the remaining balance on the agreed settlement amount.

8.      Plaintiffs file with and incorporate into this Motion the Declaration of Josh Sanford, attached as Exhibit 1, and a Brief in Support.

WHEREFORE, premises considered, Plaintiffs Kristen Whorton and Jeffery Wilkey respectfully request this Court grant this Motion; enter a default judgment against

Page 2 of 3
Kristen Whorton, et al. v. Grove C-Store, LLC, et al.
U.S.D.C. (E.D. Ark.) Case No. 4:21-cv-795-KGB
Motion for Default Judgment for Sum Certain

Defendants in the amount of $7,500.00; and for all other good and proper relief to which

he may be entitled, whether or not specifically requested herein.

Respectfully submitted,

**KRISTEN WHORTON and JEFFERY
WILKEY, PLAINTIFFS**

SANFORD LAW FIRM, PLLC
Kirkpatrick Plaza
10800 Financial Centre Parkway, Suite 510
Little Rock, Arkansas 72211
Telephone: (501) 221-0088
Facsimile: (888) 787-2040

Josh Sanford
Ark. Bar No. 2001037
josh@sanfordlawfirm.com

**Page 3 of 3**
**Kristen Whorton, et al. v. Grove C-Store, LLC, et al.**
**U.S.D.C. (E.D. Ark.) Case No. 4:21-cv-795-KGB**
**Motion for Default Judgment for Sum Certain**