IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**KRISTEN WHORTON and JEFFERY WILKEY**                          **PLAINTIFFS**

vs.                              No. 4:21-cv-795-KGB

**GROVE C-STORE, LLC, VENKATA**                                 **DEFENDANTS**
**KIRAN KUMAR MELAPU and**
**SRAVANTHI JOGINIPELLI**

### DECLARATION OF JOSH SANFORD

I, Josh Sanford, do hereby swear, affirm and attest as follows, based upon my personal knowledge of the matters contained herein:

1. My name is Josh Sanford, and I am over the age of 18, and duly qualified to execute this Declaration.

2. I am licensed to practice law in all courts in the State of Arkansas, including this one.

3. I am the attorney for Plaintiffs Kristen Whorton and Jeffery Wilkey ("Plaintiffs").

4. I engaged in settlement negotiations with Defendants Grove C-Store, LLC, Venkata Kiran Kumar Melapu and Sravanthi Joginipellie (collectively "Defendants") in November of 2022 through Defendants' counsel Danielle Owens and Dylan Potts of Gill Ragon Owen, P.A.

5. Through these negotiations, the parties were able to reach a settlement of all claims in this case. *See* Settlement Agreement, attached as Ex. 1. Defendants agreed to pay Plaintiffs a total of $8,000.00, $2,500.00 to Plaintiff Whorton, $1,500.00 to Plaintiff

Wilkey, and $4,000.00 to the Sanford Law Firm for attorney's fees and costs. *Id*. Plaintiffs fully executed the Settlement Agreement on December 15, 2022. *Id*.

6. Defendants did not return an executed Settlement Agreement, but on December 15, 2023, Defendants delivered an executed check in the amount of $500.00 to the Sanford Law Firm, indicating Defendants' acceptance of the Settlement Agreement and an intention to honor the terms. *See* Check, attached as Ex. 2. The memo line on the check was labeled as "Payment one of 16." *Id*.

7. Shortly after the settlement negotiations, Defendants' counsel notified the Sanford Law Firm that they had been unable to reach Defendants and were moving to withdraw as counsel. Defendants' counsel withdrew on January 6, 2023. *See* ECF No. 19.

8. After the Court entered an Order observing that Defendants would proceed unrepresented, the Sanford Law Firm made attempts to contact Defendants regarding the execution and enforcement of the Settlement Agreement. We were unable to reach Defendants and notified the Court that we would pursue default judgment. *See* ECF No. 21.

9. Accordingly, Plaintiffs sought Clerk's Entry of Default, which was entered on May 9, 2024. ECF No. 33.

10. As Defendants are still unreachable, Plaintiffs require a judgment from this Court in order to enforce the terms of the Settlement Agreement.

11. Defendants have made a single payment of $500.00 toward the settlement amount, leaving an outstanding balance of $7,500.00.

**PURSUANT TO 28 U.S.C. § 1746, I VERIFY UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA THAT THE FOREGOING IS TRUE AND CORRECT.**

Executed this 10th day of October, 2024.

*/s/ Josh Sanford*
**JOSH SANFORD**
