1061

**MINERAL SPRINGS FOOD & FUEL LLC**
500 E RUNNELS ST.
MINERAL SPRINGS, AR 71851

Date: 12/15/23

Pay to the order of: Sanford Law Firm     $ 500.00

Five hundred — .00/100 Dollars

Bank OZK  Member FDIC  ozk.com

For: Payment one /of 16

⑆082907273⑆ 28046 20114⑈ 01061