**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

**KRISTEN WHORTON** *et al*.                                   **PLAINTIFFS**

**v.**                          **Case No. 4:21-cv-00795 KGB**

**GROVE C-STORE, LLC,** *et al*.                              **DEFENDANTS**

## DEFAULT JUDGMENT

Pursuant to the Order entered in this matter on this date, it is considered, ordered, and adjudged that judgment is entered against Grove C-Store, LLC, Venkata Kiran Kumar Melapu, and Sravanthi Joginipelle (collectively "Defendants"). Defendants are ordered to pay plaintiffs Kristen Whorton and Jeffery Wilkey the outstanding balance of the agreement, $7,500.00. Pursuant to 28 U.S.C. § 1961, Defendants are ordered to pay post-judgment interest at a rate of 4.10% per annum until judgment is paid in full.

It is so adjudged this 28th day of July, 2026.

_____
Kristine G. Baker
United States District Judge