Case: 4:21-cv-00795-KGB

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

JUL 3 1 2026

TAMMY H. DOWNS, CLERK

By:_____
                    DEP CLERK

GROVE C-STORE LLC
2905 HIGHWAY 229
HASKELL AR 72105

---------------------------------------------------

:OURT

: COURTHOUSE

-3325

US DISTRICT COURT
EASTERN ARKANSAS

2026 JUL 31 A 10: 22

TAMMY H. DOWNS

US POSTAGE PITNEY BOWES

ZIP 72117 $ 000.72
02 4W
0000391399 JUL 28 2026

NIXIE        722    DE 1270        0007/30/26
                RETURN TO SENDER
            NOT DELIVERABLE AS ADDRESSED
                    UNABLE TO FORWARD

027 FAZDGTM 7 BC: 72201332999        *1255-00814-30-19
    72201>3329